E-filing

**FILED**

MAR 15 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> GERARD HOOD, et.al., ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) <br> GERARD HOOD, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> STEVEN W. ORNOSKI, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No.: CR-05-00011-MJJ <br><br> [PROPOSED] ORDER GRANTING ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that a Writ of Habeas Corpus Ad Testificandum issue ordering STEVEN W. ORNOSKI, the Warden of San Quentin state prison, to bring Muntu

PETITION FOR WRIT OF HABEAS
CORPUS AD TESTIFICANDUM                                                                                            -3-

1  Williams, a prisoner at San Quentin, before this court on Monday, March 20, 2006, at 8:30 A.M.
2  in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA, to testify as a witness
3  in petitioner's trial.
4      **IT IS FURTHER ORDERED** that Muntu Williams be returned to San Quentin state
5  prison immediately after his testimony.

7  DATED: March 15, 2006

                    WILLIAM B. SHUBB
                    United States District Court Judge

PETITION FOR WRIT OF HABEAS
CORPUS AD TESTIFICANDUM    -4-

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


USA et al,

        Plaintiff,

v.

HOOD et al,

        Defendant.
                                    /

Case Number: CR05-00011 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

*U.S. Marshal's Service*

Ian Gregory Loveseth
819 Eddy Street
San Francisco, CA 94109

Kirstin M. Ault
U.S. Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

W. Douglas Sprague
U.S. Attorney's Office
1301 Clay St.
Suite 340-S
Oakland, Ca 94612

Dated: March 16, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk