1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  W. DOUGLAS SPRAGUE (CSBN 202121)
   KIRSTIN M. AULT (CSBN 206052)
5  Assistant United States Attorneys

6     1301 Clay Street, Suite 340S
      Oakland, California 94612
      Telephone: (510) 637-3717
7     Facsimile: (510) 637-3724

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,         )   No. CR 05-00011 WBS
                                     )
14        Plaintiff,                 )   **APPLICATION AND ORDER FOR WRIT
                                     )   OF HABEAS CORPUS AD
15    v.                             )   TESTIFICANDUM**
                                     )
16 GERARD A. HOOD,                   )
                                     )
17        Defendant.                 )   Trial Date:  March 20, 2006
                                     )   Time:        8:30 a.m.
18 ----------------------------------     Court:       Courtroom No. D
                                          Hon. William B. Shubb

19        COMES NOW the United States of America by the United States Attorney and
20 represents and shows:
21        That there is now detained in West County Detention Facility, in the custody of the
22 Warden, Sheriff, or Jailor thereof, a witness in the above-entitled case, which case will be
23 called for trial, and that it is necessary to have the witness present in the courtroom of the
24 Honorable William B. Shubb., United States District Court Judge, Federal Building and
25 United States Courthouse, 15th Floor, Courtroom D, 450 Golden Gate Ave., San
26 Francisco, California 94012, on March 20, 2006, at 8:30 a.m.; and in order to secure the
27 presence of the witness it is necessary that a Writ of Habeas Corpus ad Testificandum be
28 issued commanding the Warden, Sheriff, or Jailor to produce the witness in court

1  forthwith, and at such other dates as may be necessary in order to procure the witness'
2  presence at trial.
3      WHEREFORE, your petitioner prays for an order directing the issuance of a Writ
4  of Habeas Corpus ad Testificandum out of and under the seal of this Court, directed to the
5  Warden, Sheriff, or Jailor, commanding him to have and to produce the above-named
6  witness in the United States District Court forthwith, and then and there to present the
7  witness before the Court, and from day to day thereafter as may be necessary, and at the
8  termination of the proceedings to return the defendant to the custody of the Warden,
9  Sheriff, or Jailor.
10
11 DATED: March 17, 2006                    Respectfully Submitted,
                                            KEVIN V. RYAN
12                                          United States Attorney
13
14                                   BY: _____
                                          W. DOUGLAS SPRAGUE
15                                        KIRSTIN M. AULT
                                          Assistant U.S. Attorneys
16
17
                                    ORDER
18
       Upon reading and filing the foregoing Application, and after finding good cause for
19
   the issuance of the writ;
20
       IT IS ORDERED that a Writ of Habeas Corpus ad Testificandum issue as prayed for
21
   herein.
22
23
   DATED: March 17, 2006          _____
24                                 HON. BERNARD ZIMMERMAN
                                   United States Magistrate Judge.
25
26
27
28

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  W. DOUGLAS SPRAGUE (CSBN 202121)
   KIRSTIN M. AULT (CSBN 206052)
5  Assistant United States Attorneys

6     1301 Clay Street, Suite 340S
      Oakland, California 94612
7     Telephone: (510) 637-3717
      Facsimile: (510) 637-3724
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                           OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,       ) No. CR 05-00011 WBS
14 |                                 )
   |       Plaintiff,                ) **PETITION FOR WRIT OF HABEAS**
15 |                                 ) **CORPUS AD TESTIFICANDUM**
   | v.                              )
16 |                                 )
   | GERARD A. HOOD,                 )
17 |                                 ) Trial Date: March 20, 2006
   |                                 ) Time:       8:30 a.m.
18 |       Defendant.                ) Court:      Courtroom No. D
   |                                 )             Hon. William B. Shubb
19

20        THE PRESIDENT OF THE UNITED STATES OF AMERICA
21 TO: The Warden, Sheriff, or Jailor of West County Detention Facility, and to any United
22 States Marshal.
23                              G R E E T I N G S
24        WE COMMAND that you produce and deliver the person known as Calvin Van
25 Douglas Davis, DOB 05/25/1982, Booking No. 2005017297, now in your custody, before
26 the Honorable William B. Shubb, United States District Court Judge, Federal Building
27 and United States Courthouse, 15th Floor, Courtroom D, 450 Golden Gate Avenue, San
28 Francisco, California, on or before March 20, 2006, by 8:30 a.m., in order that said

1 | witness in the above-entitled case may provide trial testimony in the above-referenced
2 | matter, and also at such other times and for such other purposes as may be ordered by the
3 | Court.
4 |     The delivery of the witness to the courtroom of the Honorable William B. Shubb,
5 | as aforesaid, and then return by you of said witness to your custody, shall be deemed
6 | sufficient compliance with this Writ.
7 |     WITNESS the Honorable William B. Shubb, United States District Judge of the
8 | United States District Court for the Eastern District of California.

DATED:    March 17, 2006

                                      CLERK, UNITED STATES DISTRICT COURT
                                      Northern District of California

BY: _____
        DEPUTY CLERK