E-filing

FILED

MAR 22 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GERARD HOOD, et. al.,<br><br>　　　　Defendant. | Case No.: CR-05-00011-MJJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR ISSUANCE OF SUBPOENAS |

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, subpoenas shall be issued for:

HAWKINS, LASHAWNDA
3005 Ohio Avenue
Richmond, CA

-6-

| | |
|---|---|
| 1 | CALHOUN, REGINALD |
|  | 3005 Ohio Avenue |
| 2 | Richmond, CA |
| 3 | CALHOUN, RODERICK |
|  | 3005 Ohio Avenue |
| 4 | Richmond, CA |
| 5 | COLLINS, CHARLES |
|  | 780 Carlson Blvd., Apt. 11, |
| 6 | Richmond, CA |
| 7 | HOLLY, STARSHEENA |
|  | 780 Carlson Blvd., Apt. 11 |
| 8 | Richmond, CA |
| 9 | GREEN, KENESHA |
|  | 1145 Ells Street, Apt. E |
| 10 | Richmond, CA |
| 11 | GREEN, KENNY |
|  | 1145 Ells Street, Apt. E |
| 12 | Richmond, CA |
| 13 | GREEN, MRS. |
|  | 1145 Ells Street, Apt. E |
| 14 | Richmond, CA |
| 15 | JACKSON, DARYL, |
|  | District Attorney Investigator |
| 16 | Contra Costa County District Attorney's Office |
|  | Robert J. Kochly, District Attorney |
| 17 | 725 Court St., 4th Floor, Martinez, CA 94553-0150 |

**IT IS FURTHER ORDERED** that the United States Marshals shall serve the subpoenas to the witnesses named in this order and that the United States Marshals shall advance funds to these witnesses in an amount permitted under Rule 17(b) and relevant federal statutes for travel related expenses, lodging, and daily witness fees.

DATED: March 22, 2006

HON. WILLIAM B. SHUBB
United States District Court Judge

-7-